```
                   UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


GYPSIE JONES,                      No. 2:04-cv-2002-MCE-KJM

        Plaintiff,

    v.                             ORDER OF CONSOLIDATION

DOLLAR TREE STORES, INC.,
dba DOLLAR TREE #2041

        Defendant.
_____/
GYPSIE JONES,                      No. 2:06-cv-1636-WBS-CMK

        Plaintiff,

    v.

DOLLAR TREE STORES, INC.,

        Defendant.
_____/
```

After review of the Plaintiff's Ex Parte Application to Consolidate Related Cases, the Court makes the following Orders:

1. Pursuant to Fed. R. Civ. P. 42, the actions denominated as 2:04-cv-2002-MCE-KJM and 2:06-cv-1636-WBS-CMK are consolidated;

///

1

    2.   2:04-cv-2002-MCE-KJM is designated as the "master file";

    3.   The Clerk of the Court is directed to administratively close case No. 2:06-cv-1636-WBS-CMK, and

    4.   The parties are directed to file all future pleadings, motions and other filings ONLY in case No. 2:04-cv-2002-MCE-KJM.

    IT IS SO ORDERED.

DATE: September 29, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE