SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| GYPSIE JONES, | No. 2:06-cv-1636-MCE-KJM |
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL AND ORDER THEREON** |
| DOLLAR TREE STORES, INC., | |
| Defendant. | |

TO THE COURT AND ALL PARTIES:

Plaintiff, GYPSIE JONES, requests the Court dismiss the above entitled action, with prejudice, as to all Defendants.

Dated: December 15, 2006        DISABLED ADVOCACY GROUP, APLC

 /s/ Lynn Hubbard, III, Esquire
LYNN HUBBARD, III
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: December 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE