LAW OFFICES
KRING & CHUNG, LLP
2151 RIVER PLAZA DR.
SUITE 310
SACRAMENTO, CALIFORNIA 95833
TELEPHONE (916) 564-7000

Shane Singh, Attorney Bar No. 202733

Attorneys for Defendant, DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES, | CASE NO. 2:06-cv-1636-MCE-KJM |
| Plaintiff, | |
| vs. | **JUDGMENT IN A CIVIL CASE** |
| DOLLAR TREE STORES, INC., | |
| Defendant. | |

On July 28, 2006, Defendant DOLLAR TREE STORES, INC. ("Defendant") filed a Motion to Dismiss this matter on *res judicata* grounds and also to declare Plaintiff's counsel vexatious litigants. Defendant also filed a contemporaneous ex parte application to shorten time on its Motion.

On September 29, 2006, this Court issued an Order consolidating this matter with civil case number 2:04-cv-2002-MCE-KJM. Based on the September 29, 2006 Order, this case was administratively closed.

On November 17, 2006, this Court issued a Memorandum and Order dismissing case number 2:04-cv-2002-MCE-KJM and at that time, this matter was reopened and reassigned to Judge Morrison C. England, Jr.

///

///



1  On December 14, 2006, Plaintiff GYPSIE JONES filed a "Request for Dismissal and
2 [Proposed] Order Thereon." Plaintiff Jones' request was to dismiss this matter with prejudice as
3 to all Defendants. On December 20, 2006, this Court dismissed this Complaint as requested by
4 Plaintiff.

5  Judgment is now entered in favor of Defendant DOLLAR TREE STORES, INC. and
6 against Plaintiff GYPSIE JONES.

7  IT IS SO ORDERED.

9 DATED:  January 3, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

